**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**CHARLES LEWIS DODSON,**

    **Plaintiff,**

v.                                                                    Case No. 2:11–cv–164

**WARDEN EDWARD BANKS,** *et al.*,            Judge Michael H. Watson
                                                                      Magistrate Judge E.A. Preston Deavers
    **Defendants.**

## ORDER

This matter is before the Court for consideration of the December 1, 2011 Report and Recommendation of the United States Magistrate Judge, to whom this case was referred pursuant to 28 U.S.C. § 636(b). ECF No. 13. The Magistrate Judge recommended that the Court dismiss Plaintiff's claims against Defendants Wexford Health Sources, Inc., Wexford Health Services Administrator Sara Seeburger, and Wexford employees at Noble Correctional Institute (collectively, the "Wexford Defendants") pursuant to Federal Rule of Civil Procedure 12(b)(6).

The Report and Recommendation of the Magistrate Judge specifically advises parties that the failure to object to the Report and Recommendation within fourteen days of the Report results in a "waiver of the right to *de novo* review . . . by the District Judge and waiver of the right to appeal the judgment of the District Court." Report and Recommendation 8, ECF No. 13. The time period for filing objections to the Report and Recommendation has expired. Plaintiff has not objected to the Report and Recommendation.

The Court has reviewed the Report and Recommendation of the Magistrate Judge.  Noting that no objections have been filed and that the time for filing such objections expired, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge, ECF No. 13, **GRANTS** the Wexford Defendants' Motion to Dismiss ECF No. 7, and **DISMISSES WITH PREJUDICE** Plaintiff's claims against the Wexford Defendants.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**