UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Charles Lewis Dodson,

    Plaintiff,

    v.

Warden Edward Banks, *et al.*,

    Defendants.

Case No. 2:11–cv–164

Judge Michael H. Watson

## ORDER

On January 17, 2013, United States Magistrate Judge Deavers, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order 95-2 for the Southern District of Ohio Eastern Division of Columbus, filed a Report and Recommendation concerning the disposition of Charles Lewis Dodson's ("Plaintiff") complaint in this prisoner civil rights case. The Report and Recommendation recommended granting Defendants' motion for judgment on the pleadings, ECF No. 18, and dismissing Plaintiff's complaint, ECF No. 3.

The Report and Recommendation notified the parties of their right to file objections to the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). The Report and Recommendation further specifically advised the parties that the failure to object to the Report and Recommendation within fourteen days would result in a waiver of the right to de novo review by the District Judge and the right to appeal the decision of the

District Judge adopting the Report and Recommendation.  Report and Recommendation 3, ECF No. 19.  The deadline for filing such objections was January 31, 2013, and no objections were filed.

Having received no objections, the Report and Recommendation is adopted.  Judgment on the pleadings is granted for Defendants, ECF No. 18, and Plaintiff's complaint is dismissed.  The Clerk shall enter final judgment and terminate the case.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**